UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-5447-MWF (JEM) | Date | October 20, 2022 |
|---|---|---|---|
| Title | Andrew Suh v. Dep't of Justice | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

S. Lorenzo
Deputy Clerk

Court Reporter / Recorder

Attorneys Present for Plaintiffs:

Attorneys Present for Defendants:

**Proceedings:** (IN CHAMBERS) ORDER RE: PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL (Docket No. 6)

    On September 20, 2022, Andrew Suh filed a notice indicating that another person filed this action without Mr. Suh's authorization and that he does not wish to proceed with this action. Accordingly, the document is construed as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and this action is dismissed by operation of law. The dismissal is without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(B).

cc: Parties

:
Initials of Preparer    slo